# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LOUIS VALENTINE, Petitioner, v. G.D. LEWIS (Warden), Respondent. | NO. LA CV 13-07277-VBF-SH RULE 58 JUDGMENT |

Pursuant to the Court's Opinion & Order issued this same date, this action is dismissed without prejudice.

DATED: April 14, 2014

 *Valerie Baker Fairbank*
 _____
 VALERIE BAKER FAIRBANK
 UNITED STATES DISTRICT JUDGE